# In the United States Court of Federal Claims

**No. 06-274C**
**(Filed: June 2, 2006)**

* * * * * * * * * * * * * * * * *
**GERALD L. SOBOTKA,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed on June 1, 2006, for a stay of proceedings in the above-captioned case until after 14 days after the conclusion of ADR proceedings in the related cases is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report within 14 days after the close of ADR proceedings in the related cases.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn